UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MELISSA K. SHARP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00405-JPH-DLP ) |
| ANDREW M. SAUL Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING ATTORNEY FEES**

Defendant Andrew Saul has filed a joint stipulation to award Plaintiff Melissa Sharp $9,000.00 in attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt. [21].

For the reasons in the stipulation, the Court **GRANTS** the joint stipulation for attorney fees and awards the sum of $9,000.00 under the EAJA. Any fees paid belong to Ms. Sharp and not her attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**SO ORDERED.**

Date: 2/10/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Lu Han
SOCIAL SECURITY ADMINISTRATION
lu.han@ssa.gov

1

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com

Carina M. de la Torre
DE LA TORRE LAW OFFICE LLC
carina@dltlawoffice.com